IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| and | ) ) |
| CONSTANCE AMOS, | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 2:00-cv-2923 May/A |
| AUTOZONE, INC. | ) ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION TO TAKE DEPOSITIONS OUT OF TIME

Upon consideration of the Parties' Joint Motion, and for good cause shown, the motion to take the following depositions outside the current discovery deadline is GRANTED. The depositions of Dr. N. Geraldine House and Mr. Matt Henson will be allowed as scheduled in June 2005.

IT IS SO ORDERED this 13th day of May, 2005.

SAMUEL H MAYS, JR.
United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 229 in case 2:00-CV-02923 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Tracy K. Hidalgo
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Leslie W. Ehret
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jeffrey Bannon
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste 621
Memphis, TN 38104

Deidre Smith
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Gwendolyn Young Reams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Celia S. Liner
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Terry L. Beck
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Ellen Shirer Kovach
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Walter W. Christy
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Madeline D. West
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Thomas J. Borek
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

C. Gregory Stewart
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 L. Street, N.W.
Room 7054
Washington, DC 20507

Honorable Samuel Mays
US DISTRICT COURT