IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> and <br><br> CONSTANCE AMOS, <br><br> Plaintiffs, <br><br> v. <br><br> AUTOZONE, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. ) 2:00-cv-2923 May/A ) ) ) |

## AGREED ORDER DISMISSING PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S CLAIM CONCERNING FAILURE TO HIRE FEMALE TECHNICIANS

Plaintiff Equal Employment Opportunity Commission and Defendant submit this agreed order dismissing the claim in this lawsuit that Defendant engaged in a pattern and practice of failing to hire female applicants into the EEO Technician category because of sex. The parties have agreed that this claim should be dismissed with each party bearing its own costs.

Accordingly, Plaintiff's claim that Defendant engaged in a pattern and practice of failing to hire female applicants into the EEO Technician category because of sex is hereby dismissed with prejudice, and each party shall bear its own costs concerning this claim.

**IT IS SO ORDERED** this 13th day of May, 2005.

SAMUEL H MAYS, JR.
United States District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-17-05

Approved by:

| **Counsel for EEOC** | **Counsel for AutoZone, Inc.** |

**Counsel for EEOC**

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

JEFFREY BANNON
Assistant General Counsel

*/s/ Katha L. Kores*
KATHARINE W. KORES
Regional Attorney

*/s/ Terry Beck*
TERRY BECK
Supervisory Trial Attorney

*/s/ Celia S. Liner*
CELIA S. LINER
DEIDRE SMITH
Senior Trial Attorneys

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1407 Union Ave., Suite 621
Memphis, Tennessee 38104
Telephone number (901) 544-0140

**Counsel for AutoZone, Inc.**

*/s/ Tracy Hidalgo*
WALTER W. CHRISTY
TRACY HIDALGO
Frilot, Partridge, Kohnke & Clements, L.C.
3600 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 230 in case 2:00-CV-02923 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Terry L. Beck
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Madeline D. West
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Celia S. Liner
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

C. Gregory Stewart
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 L. Street, N.W.
Room 7054
Washington, DC 20507

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Deidre Smith
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Gwendolyn Young Reams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Jeffrey Bannon
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste 621
Memphis, TN 38104

Walter W. Christy
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Thomas J. Borek
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Leslie W. Ehret
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Ellen Shirer Kovach
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Tracy K. Hidalgo
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Honorable Samuel Mays
US DISTRICT COURT