IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> and <br><br> CONSTANCE AMOS, <br><br> Plaintiffs, <br><br> v. <br><br> AUTOZONE, INC. <br><br> Defendant. | CIVIL ACTION NO. <br> 2:00-cv-2923 May/A |

## ORDER DISMISSING PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S PATTERN OR PRACTICE CLAIM CONCERNING FAILURE TO PROMOTE AFRICAN AMERICANS INTO OFFICIAL /MANAGER POSITIONS

This matter is before the Court upon Plaintiff Equal Employment Opportunity Commission's motion to dismiss the claim in this lawsuit that Defendant engaged in a pattern or practice of failing to promote African Americans into official/manager positions because of race. The Defendant does not oppose the motion. After review of the motion and for good cause shown, the Commission's motion is hereby granted.

Accordingly, Plaintiff's claim that Defendant engaged in a pattern or practice of failing to promote African Americans into official/manager positions because of race is hereby dismissed with prejudice, The Commission intends to continue to pursue disparate treatment claims of promotion discrimination on behalf of individual class members.

Each party shall bear its own costs concerning the dismissal of the claim that Defendant engaged in a pattern or practice of failure to promote African Americans into

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-12-05

official/manager positions, based on race.

IT IS SO ORDERED this ___6th___ day of ___July___, 2005.

SAMUEL H. MAYS, JR.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 244 in case 2:00-CV-02923 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Madeline D. West
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

C. Gregory Stewart
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 L. Street, N.W.
Room 7054
Washington, DC 20507

Deidre Smith
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Gwendolyn Young Reams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Celia S. Liner
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Ellen Shirer Kovach
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Tracy K. Hidalgo
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Leslie W. Ehret
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Walter W. Christy
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Thomas J. Borek
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Terry L. Beck
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Jeffrey Bannon
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste 621
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT