IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -3 PM 5: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, and

CONSTANCE AMOS,

    Plaintiffs,

VS.                                                                 NO. 00-2923-Ma

AUTOZONE, INC.,

    Defendant.

ORDER GRANTING MOTION TO EXCEED PAGE LIMITATION

Before the court is the defendant's July 29, 2005, motion to file a response in opposition to motion *in limine*, which is in excess of the Local Rule 7.1 page limitation. For good cause shown, the motion is granted and Autozone may file its response in excess of twenty pages.

It is so ORDERED this 3d day of August, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-4-05

267

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 267 in case 2:00-CV-02923 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Terry L. Beck
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Jeffrey Bannon
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste 621
Memphis, TN 38104

Tracy K. Hidalgo
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Deidre Smith
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Walter W. Christy
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Thomas J. Borek
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Leslie W. Ehret
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Ellen Shirer Kovach
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Katharine W. Kores
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Gwendolyn Young Reams
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Madeline D. West
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Celia S. Liner
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

C. Gregory Stewart
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 L. Street, N.W.
Room 7054
Washington, DC 20507

Reva M. Kriegel
LAW OFFICE OF REVA M. KRIEGEL
266 S. Front St.
Ste. 206
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT